FILED
MAR 29 2011

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KATHRYNE DELANEY,**                                        CV # 09-807-AC

    Plaintiff,

vs.                                                          ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $6,505.89 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

    DATED this 29th day of March, 2011.

                                                      United States Magistrate Judge

Submitted on March 23, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1